# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF COLUMBIA

Charles Weinschenk )
20040 Wagon Trail Drive )
Noblesville, IN 46060 )
(317) 690-1906 )
Plaintiff(s), )
)
- v - )
)
Central Intelligence Agency )
Washington, DC 20505 )
Defendant(s). )

RECEIVED
Mail Room

SEP - 4 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case: 1:20-cv-02510
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 9/4/2020
Description: Pro Se Gen. Civ. (F-DECK)

# COMPLAINT FOR A CIVIL CASE

## Table of Contents

I.   Jurisdiction                              Page 2

II.  Statement of Claim                        Page 2

III. Relief                                    Page 11

IV.  Certification of Closing                  Page 12

# I. JURISDICTION

(1) 42 U.S. Code § 1983.  Civil action for deprivation of rights and personal injury.

(2) *Continuing Violations Doctrine* is being applied to a conspiracy against rights giving rise to claims of kidnapping, murder, negligence, stalking, terrorism, hate and personal injury applied to claims dating back to the mid 90s and including individual and official negligence resulting in significant damage by a federal defendant.

(3) Defendants are alleged to have acted in bad faith or with criminal intent.

(4) Many national disasters revolve around myself making this a significant federal issue.

# II. STATEMENT OF CLAIM

Elements of Story:
- Zodiac: Serial Killer with Puzzle
- Molester: Leak Cover, Digging
- Business: Surface Tunnels Across Summer Fields
- Life of Christ: Religious Symbolism Building Churches
- Push to Bankruptcy: Morally, Financially
- Whistleblower: Band Student, Abuse
- Get a Bird: Chicken, Communication

*As this is an extensive chain of events, Plaintiff requests involved parties fully understand the scope of the included Affidavit as cross-linking evidence on this matter is highly problematic. Keeping in mind that Weinschenk has never committed a crime against another and has a clean record and maintains a beyond reproach reputation, despite the claims in this Complaint.*

Table of Contents:
A) Basis of Claim
B) Central Intelligence Agency
C) Federal Bureau of Investigations (federal contractors)
D) Indiana State Police (federal contractors)
E) Noblesville Schools (federal contractors)
F) Unknown Parties (federal contractors)

## A. Basis of Claim

(1) For over two decades, twenty to life, intentional and negligent acts construing individual and official negligence by the Central Intelligence Agency and their contractors damaged Charles Weinschenk for which damages are sought under 42 U.S. Code § 1983 per violation under *Continuing Violations Doctrine*.

(2) Weinschenk's family was deliberately targeted and damaged through the implementation of a narrative described in his Affidavit for which damages are sought under 42 U.S. Code § 1983 on behalf of himself and victims of these events.

(3) A series of crimes were deliberately committed against Charles Weinschenk infringing his inalienable right to life. This is being argued as a murder as events were concealed from childhood into his late 30s preventing success in life which damages are sought under 42 U.S. Code § 1983.

(4) A significant number of third parties were damaged through symbolic actions designed to affect damage against Charles Weinschenk. Full extent of these violations still unknown, but include terrorism, death, defamation, significant bodily injury, and financial damage.

(5) A computer was used causing a number of significant national events to be cross connected as a puzzle centered around Weinschenk which ran for over twenty years since he was a child and without his knowledge causing damage.

(6) *Continuing Violations Doctrine* exempts applicably of statutes in regards to limiting damage from an ongoing series of events giving rise to claims. *Hate Tort*.

(7) Actions taken against Weinschenk and those associated to himself were designed to be hate crimes, done unofficially or with methods that could not be easily proven, and credibility deliberately attacked to silence despite a beyond reproach reputation for which damages are sought under 42 U.S. Code § 1983.

(8) Weinschenk has never been observed as being mentally ill, never diagnosed as having a mental illness, never taken medication for the treatment of a mental illness, never taken a diversion for any crime, never abused a substance, never committed a crime against another, and had his rights violated repeatedly.

(9) Federal contractors repeatedly lied, acted above the law, or concealed the truth of what occurred.  This included law enforcement deliberately failing to investigate issues and reports not filed making claims difficult to substantiate with only eyewitnesses.  These actions lead to multiple deaths and damages claimed in this suit.

## B.  Central Intelligence Agency

(1) Acted negligently when they allowed a computer to direct harm through negligence against Weinschenk, his family, and the *People*.  This led to personal injury, defamation, and deprivation of rights from undue influence.

(2) Associate deliberately misused access to a computer system resulting in the destruction of the World Trade Center in 2001 while attempting to meddle in a disputed election in November 2000.  Starting the country down a path to systematically destroy the United States currency through a series of disasters causing financial hardship from stock devaluation and economic disaster.

(3) Targeted Weinschenk with the purpose of deliberately causing harm without a reasonable outcome since childhood. This led to financial hardship, loss of education, loss of friendships, health issues, liberty and extreme loss of life to third parties.

    (a) Deliberately attempted to prevent Weinschenk from ever having children inline with a crucifixion or wiping out lineage as a religious hate crime.

    (b) Deliberately caused problems or influenced women around Weinschenk as a gender based hate crime by causing financial hardship, leaking personal files, influencing circumstances, or causing fatal accidents to be considered murder.

(4) Crafted a serial killer narrative that led to a state ran serial killer story.

    (a) Fake investigation into wrong suspect was used to block access to a job application and cause personal issues for Weinschenk and his family though online harassment and other means starting in December 2017 causing financial harm.

    (b) Acquaintance went missing and was found deceased around the one year anniversary of the murders. This resulted in helicopters and the appearance of increased surveillance despite no history of violence, mental illness, crime, or abuse towards women. This caused distress and continued harassment.

(5) Framed the Director of Operations, John Forester, as the Zodiac Killer and associated him with Weinschenk's family creating a possible security risk. Family has limited knowledge of this individual and name was used by an impersonator during various events under the pretext of a deceased relative.

(6) Deliberately rigged the 2016 Presidential election with the intent to thrust Weinschenk's inflicted problems into a major political story to cause defamation and emotional distress at an impressive level.  Inserting references to staged events in a federal investigation.

(7) COVID-19 was released causing economic difficulty and preventing access to the courts when initially filing a suit seeking *Discovery* and damages.  This lead to defamation and financial harm.

(8) Instigated a shooting at Noblesville West Middle School, town where Weinschenk resides, to establish his status as a "whistle blower" and staged event in a school causing defamation through association and serious bodily injury and emotional distress to third parties who were almost exclusively minors.

## C. Federal Bureau of Investigations (federal contractors)

(1) Failed to investigate claims of online harassment and interference while insinuating that issues were being actively investigated without a properly documented investigation. This gave rise to claims of negligence as issues should have been promptly investigated. This delayed possible suits as area law enforcement were suspected to have been under investigation for past incidents and complaints by Weinschenk deferred to assist.

(2) Suspected Assistant Agents in Charge were running around dressed as the uni-bomber and stalking Weinschenk while also pretending to be local law enforcement.

(3) Weinschenk's brother was also encountering black SUVs and helicopters in overt attempts at harassment.  This gave rise to a belief an investigation was underway and status could not be officially acknowledged.

(4) Agent involved in a raid of Charles Weinschenk's apartment in 2007 looking for an abducted child from Portugal. This occurred while Plaintiff was volunteering at a school and taken off a bus in front of a number of individuals causing personal injury.

(5) Suspected agent deleted an account on Christmas in 2018 for the purpose of causing harassment. This misidentification delayed possible lawsuits and was part of a systematic pattern of harassment on holidays: Christmas, Easter, and Thanksgiving.

(6) Several reports of abuse by suspected police and online harassment did not result in any criminal charges or known investigations at this point in time preventing identification of hostile actors and civil actions.

## D. Indiana State Police (federal contractors)

(1) Repeatedly investigated Weinschenk throughout college and concealed the incidents to create a history of persecution without leaving a proper paper trail. Same contractors were present for numerous events in 2002, 2007, and 2018 with no other significant issues with law enforcement occurring during this time period demonstrating a systematic pattern of abuse.

(2) Contractors committed attempted murder when they spent a month shooting at Weinschenk in his vehicle, cracking his windshield on two occasions before lying about the arrest of a "Trooper Holiday" after a staged crucifixion.

(3) Contractors used two girls for a statewide sting targeting predators with the unknown intent of defaming as one was deliberately put across Weinschenk's path years prior. These actions likely lead to their demise.

(4) Troopers spent months creating a history and memory of persecution in 2007.  Courts were never used preventing civil recourse and an attempt to violate all Constitutional Amendments.  This led to significant bodily injury and distress.

## E. Noblesville Schools (federal contractors)

(1) Teacher and administrators failed to notify proper authorities about what occurred in November 2000.  Acting negligently and causing personal injury which was concealed while a minor in addition to attempts to initiate sex crimes in the school.  This caused physical injury, harm to reputation, and financial damage from the destruction of the World Trade Center and stock devaluation.

(2) Teacher took actions in 2010 to create harmful associations to publicly associate Weinschenk with deviant behavior from forced mistakes while faking a sexual act with another staff member.  This was the only year any significant issues occurred and involved taking a bag with a swimsuit into the wrong restroom foreshadowing a school shooting at Noblesville West Middle School causing defamation and personal injury.

(3) Fake news story involving a MRSA outbreak occurred in the early 2010s and is claimed to have masked future reports of COVID-19 in 2018 and harm credibility from false inquiries to local law enforcement.  This occurred in addition to claims that water bottles may not be safe for students without addressing the issue, blisters, and other rumors.

(4) School was remodeled to reverse restroom locations to create incidents of entering the
wrong restroom in addition to possible voyeurism allegations involving the FBI playing a
video game.  No crimes were committed, but this caused defamation and affected
volunteer work performed by Weinschenk.  Actions connected to a school shooting and
projected abuses towards women in additional to a likely aphrodisiac.

## F. Unknown Parties (federal contractors)

(1) Exposed Plaintiff to live viruses, bacteria, or unknown means causing a series of illnesses
or injury that affected Weinschenk's education, life choices, and health.

(2) Attorneys provided bad advice, performed poorly in regards to possible representation,
and were instructed not to represent on significant legal matters causing defamation
through public record and financial harm as a *pro se* litigant unable to obtain counsel.

(3) Judges deliberately or criminally showed poor judgment in rulings related to this matter
for the purpose of causing financial damage, defamation, or conceal criminal activities to
include murder and hate crimes of known associates.

(4) Job applications were repeatedly blocked with references suggesting sex crimes,
diversions, or hacking incidents where none actually existed to fulfill the narrative.
Defendant manipulated a publicly traded company to position Weinschenk financially for
a 2020 "hindsight" conclusion to the story and give the appearance of a possible job,
which was blocked by a hacking event associated with a staged serial killing narrative.

(5) Contractors deliberately concealed their involvement or negligence in actions taken against Weinschenk to lessen credibility and silence a potential witness. Acting in bad faith thus causing defamation by association to a non-existent mental illness, financial hardship, and judicial misconduct for which damages are sought. Additionally acting negligently when they failed to support obvious abuse given circumstances of a possible recruitment and actions being taken in an official capacity.

(6) Delayed resolving a personal injury until shortly prior to the 2020 Presidential elections when abuses should have been known in early 2018 if not years prior at multiple different points in time. Loss of time is being argued as loss of life.

(7) Committed high crimes against the United States of America through terrorism, murder, hate, and waging war against American citizens where forfeiture of assets from contractors found to have acted criminally or in violation of the United States Constitution is requested under the USA Patriot Act §§802, 806.

## III. RELIEF

(1) Damages up to $1 million dollars per violation are being sought in an official capacity against the Central Intelligence Agency under 42 U.S. Code § 1983.

(2) Unlimited damages per violation are being sought against any contractor found to have acted criminally or with undue negligence under *Bivens*.

(3) A *Class* be established on behalf of all immediate victims of these events under 42 U.S. Code § 1983 with *Continuing Violations Doctrine* from Plaintiff's Affidavit.

(4) All court proceedings and records associated with these events are requested to be ordered *Sealed* as a *Hardship* by the Attorney General for the United States as all court matters originate from included issues and no criminal charges existed.

(5) Qualified attorney be appointed to favorably represent my interests at Defendant's expense and fair compensation for any that have favorably assisted myself.

(6) Immediate *Return* or *Production* of *Original* documents or artwork associated with events over the past twenty-five years; including the bird with rights and contracts.

(7) Immediate *Cease and Desist* on all unwanted contact now and in future.

(8) Matter be resolved *Under God* and in the spirit of doing what is right for all involved parties with *Intent to Sue* enforced, all rights permanently restored, I be allowed to start a family, complete my project, and finally have *Peace!*

**IV. CERTIFICATION OF CLOSING.**  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

As a pro se litigant with difficulty recruiting counsel the courts indulgence in these matters is requested.

*Sign and Date*

Ryan Weinschenk
Plaintiff, pro se

<u>Attached</u>:

(1) Affidavit (Charles Weinschenk, August 2020) – 12 pages

12 of 12